# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> USREY, et al., <br><br> Defendants. | Case No.: 3:24-cv-01704-H-KSC <br><br> **ORDER SETTING HEARING DATE ON MOTION FOR ORDER AUTHORIZING SERVICE BY PUBLICATION AND EXTENDING THE TIME LIMIT TO EFFECT SERVICE** |

On December 20, 2024, Plaintiff Ferrari Financial Services, Inc. filed a motion for an order (1) authorizing service by publication on Defendants Ryan C. Usrey and Roll Em Up Franchise Group, LLC; and (2) extending the time limit to effect service. (Doc. No. 4.) Plaintiff improperly filed its motion for service by publication without first obtaining a hearing date from chambers. Pursuant to the provisions of Civil Local Rule 7.1(b), "[a]ll hearing dates for any matters on which a ruling is required must be obtained from the Clerk of the judge to whom the case is assigned." S.D. Cal. Civ. L. R 7.1(b).

/ / /

/ / /

/ / /

The Court sets a telephonic hearing on this motion for order permitting service of Defendants by publication and extending the time limit to effect service for **Monday, January 6, 2025 at 10:30 a.m.**

**IT IS SO ORDERED.**

DATED: December 23, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT